DAVID N. BARRY (SBN 219230)
 e-mail: dbarry@mylemonrights.com
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: (310) 684-5859
Facsimile:  (310) 862-4539

Attorneys for Plaintiff
MAHRU MADJIDI

SOHEYL TAHSILDOOST, ESQ. (SBN 271294)
 e-mail: eservice@thetafirm.com
THETA LAW FIRM LLP
15901 Hawthorne, Blvd, Suite 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHRU MADJIDI, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.:  8:22-cv-01273-DOC-JDE<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that Plaintiff Mahru Madjidi and Defendant MERCEDES-BENZ USA, LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms are pending.

1

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: August 23, 2022         **THE BARRY LAW FIRM**

By: /s/ *David N. Barry*
David N. Barry, Esq.
Attorneys for Plaintiff, MAHRU MADJIDI

Dated: August 23, 2022         **THETA LAW FIRM, LLP**

By: /s/ Soheyl Tahsildoost
Soheyl Tahsildoost, Esq.
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

    */s/ David N. Barry*